THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER DUNSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIGNAL HILL TELECOM SERVICES US, INC.,<br><br>Defendant. | No. 2:19-CV-00877-BJR<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINES** |

Plaintiff Christopher Dunston ("Plaintiff" or "Dunston") and Defendant Signal Hill Telecom Services US, Inc. ("Defendant" or "Signal Hill"), by and through their respective counsel, stipulate and jointly move the Court to continue the case schedule as set forth below.

WHEREAS, Plaintiff filed this lawsuit on June 6, 2019;

WHEREAS, Defendant answered the complaint on September 23, 2019;

WHEREAS, the parties have expressed interest in exploring confidential settlement before key case deadlines expire and have started that process;

WHEREAS, the parties and their counsel have been impacted by the COVID-19 pandemic, including but not limited to office closures, stay-at-home restrictions, and other unanticipated impacts;

STIPULATED MOTION AND ORDER EXTENDING DEADLINES
(No. 2:19-CV-00877-BJR) – 1
4835-0179-1673v.1 0114531-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

WHEREAS, the parties have discussed the need for the following extension and believe that good cause exists for the proposed extension;

WHEREAS, the parties agree that all current case schedule deadlines should be vacated and substituted for the proposed deadlines set forth below.

THEREFORE, the parties agree and stipulate as follows:

## I.   STIPULATED MOTION

The parties agree that good cause exists to continue the remaining deadlines that have not passed set forth in the Minute Order Setting Trial and Pretrial Dates, issued on October 21, 2019 (Dkt. No. 18), as follows:

| Event | Prior Deadline | New Deadline (PROPOSED) |
|---|---|---|
| JURY TRIAL DATE (5 days) | January 11, 2021 at 9:30 AM | April 12, 2021 at 9:30 AM |
| Reports from expert witnesses under FRCP 26(a)(2) due | June 15, 2020 | September 15, 2020 |
| Discovery completed by | July 15, 2020 | October 15, 2020 |
| All dispositive motions must be filed by | August 14, 2020 | November 16, 2020 |
| All motions in limine must be filed by | December 7, 2020 | March 8, 2021 |
| Joint Pretrial Statement | December 14, 2020 | March 15, 2021 |
| Pretrial conference | December 28, 2020 at 11:00am | March 29, 2021 at 11:00 AM |

STIPULATED MOTION AND ORDER EXTENDING DEADLINES
(No. 2:19-CV-00877-BJR) – 2
4835-0179-1673v.1 0114531-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

STIPULATED TO AND DATED this 15th day of April, 2020.

| SCHROETER GOLDMARK & BENDER | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| */s/ Adam J. Berger* <br> Adam J. Berger, WSBA #20714 <br> 810 Third Avenue, Suite 500 <br> Seattle, WA 98104 <br> T: 206-622-8000 <br> F: 206-682-2305 <br> berger@sgb-law.com | */s/ Sheehan Sullivan* <br> Sheehan Sullivan, WSBA #33189 <br> 920 5th Avenue, Suite 3300 <br> Seattle, WA 98104 <br> T: 206-622-3150 <br> F: 206-757-7700 <br> sulls@dwt.com |
| JOHNSON BECKER, PLLC <br><br> */s/ Jacob R. Rusch* <br> Jacob R. Rusch, MN Bar 391892 <br> 444 Cedar Street, Suite 1800 <br> Saint Paul, MN 55101 <br> T: 612-436-1800 <br> F: 612-436-1801 <br> jrusch@johnsonbecker.com <br><br> Attorneys for Plaintiff <br> Christopher Dunston | */s/ Devin Smith* <br> Devin Smith, WSBA #42219 <br> 929 108th Avenue NE, Suite 1500 <br> Bellevue, WA 98004 <br> T: 425-646-6100 <br> F: 425-646-6199 <br> devinsmith@dwt.com <br><br> Attorneys for Defendant Signal Hill Telecom Services US, Inc. |

STIPULATED MOTION AND ORDER EXTENDING DEADLINES
(No. 2:19-CV-00877-BJR) – 3
4835-0179-1673v.1 0114531-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## II.     ORDER

THIS MATTER comes before the Court on the Parties' Stipulated Motion Extending Deadlines.  The Court having considered the Motion and other papers and pleadings on file, it is HEREBY ORDERED that good cause exists to modify the case schedule and the following extensions to the remaining trial and pretrial dates in this matter are revised as set forth below:

| Event | Prior Deadline | New Deadline |
| --- | --- | --- |
| JURY TRIAL DATE (5 days) | January 11, 2021 at 9:30 AM | April 12, 2021 at 9:30 AM |
| Reports from expert witnesses under FRCP 26(a)(2) due | June 15, 2020 | September 15, 2020 |
| Discovery completed by | July 15, 2020 | October 15, 2020 |
| All dispositive motions must be filed by | August 14, 2020 | November 16, 2020 |
| All motions in limine must be filed by | December 7, 2020 | March 8, 2021 |
| Joint Pretrial Statement | December 14, 2020 | March 15, 2021 |
| Pretrial conference | December 28, 2020 at 11:00am | March 29, 2021 at 11:00 AM |

DATED this 16th day of April, 2020.

*Barbara J Rothstein*

BARBARA J. ROTHSTEIN
United States District Court Judge

STIPULATED MOTION AND ORDER EXTENDING DEADLINES
(No. 2:19-CV-00877-BJR) – 4
4835-0179-1673v.1 0114531-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax