UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER DUNSTON, individually and on behalf of all others similarly situated

*Plaintiff*,

v.

SIGNAL HILL TELECOM SERVICES US, INC.,

*Defendant*.

CASE NO. 2:19-cv-00877-BJR

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW

Before the Court is Sheehan Sullivan, Devin Smith, and the law firm of Davis Wright Tremaine LLP's Motion for Leave to Withdraw as counsel for Defendant Signal Hill Telecom Services US, Inc. Dkt. No. 21. Western District of Washington Local Rule 83.2 provides that attorneys "will ordinarily be permitted to withdraw until 60 days before the discovery cut off date in a civil case" with the discovery deadline in this case currently set for October 15, 2020. Local Rules W.D. Wash. LCR 83.2(b)(1); Dkt. No. 20. No objections to the motion have been filed. *See* Dkt. No. 23.

Being fully informed as to the grounds of the motion and based on the record of the case including the Report Explaining Actions Taken to Procure Substitute Counsel, Dkt. No. 25, the

1

Court hereby GRANTS the motion.

DATED this 29th day of June, 2020.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE